*United States v. Winckelmann*, 73 M.J. 11 (C.A.A.F. 2013), it is ordered that the decision of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 14–0044/AF. U.S. v. Morgan A. Winn. CCA 37772. On consideration of the granted issue, 73 M.J. 137 (C.A.A.F. 2013) (order granting review), and in view of *United States v. Winckelmann*, 73 M.J. 11 (C.A.A.F. 2013), it is ordered that the decision of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 14–0222/AF. U.S. v. Adrian Torres. CCA 37623. Review granted on the following issue:

WHETHER THE MILITARY JUDGE ERRED BY DENYING THE DEFENSE REQUESTED INSTRUCTION.

Briefs will be filed under Rule 25.

